IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES RICHARD SMITH,

      Plaintiff,

vs.                                            Civ. No. 02-214 RLP/WWD ACE

GLENNA DEAN, New Mexico State Archeologist,
Individually; CIBOLA COUNTY SHERIFF'S
DEPARTMENT, and HANK GOKE, Individually
and in his Official Capacity as Deputy Sheriff of
Cibola County,

      Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendants Cibola County Sheriff's Department and Detective Hank Goke's First Motion to Compel filed September 19, 2002 [docket no. 44]. No response to the motion has been filed. The motion is well taken.

**WHEREFORE,**

**IT IS ORDERED** that on or before November 13, 2002, Plaintiff shall preform the following, to wit:

    1. Furnish to Defendants a signed medical release in the form submitted to Plaintiff by Defendants.

    2. Make full and complete production of the materials sought in Request for Production Nos. 3 and 5.

    3. Respond fully to Interrogatory No. 5, and Interrogatory No. 30.

**IT IS FURTHER ORDERED** that deadlines in this cause shall be extended as follows:

Discovery completed by December 2, 2002.

Discovery motions filed by December 9, 2002; responses by December 23, 2002; and replies, if any, and notice of completion of briefing by January 6, 2003.

Pretrial motions filed by January 10, 2003; responses by January 24, 2003; and replies, if any, and notice of completion of briefing by February 7, 2003.

Pretrial order from Plaintiff to Defendants by February 14, 2003; from Defendants to Court by February 21, 2003.

**FINALLY,**

**IT IS ORDERED** that Defendants' request for attorney's fees in connection with this motion be, and they are hereby, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE